**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ZALE EUGENE BAKER,

    Plaintiff,

vs.                                  Case No. 5:08cv237/MCR/WCS

WASHINGTON COUNTY JAIL,
and BRANNON BRAXTON,

    Defendants.
    _____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The Plaintiff's civil rights complaint is hereby DISMISSED without prejudice.

**DONE AND ORDERED** this 4th day of March, 2009.

                                                    *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**